**07CRIM 369**

REQUEST FOR COURT ACTION/DIRECTION
___

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Court Clerk | OFFENSE: Ct.1: Possess with Intent to Distribute Cocaine Base, Sch. II 21 USC 841(a)(1). A Class B Felony. Ct.2: Using and Carrying a Firearm During and in Relation to a Drug Trafficking Offense 18 USC 924(c)(1). A Class D Felony. |
| | | ORIGINAL SENTENCE: One-hundred and fifty-seven (157) months imprisonment followed by sixty (60) months supervised release. |
| FROM: | Daveena Singh<br>U.S. Probation Officer | SPEC. CONDITIONS: None |
| | | AUSA: William D. Muhr, Esq. (ED/VA) |
| RE: | David Lewis Outlaw<br>Docket # 2:95cr3 | DEF. Attny: Mark McRoberts McMillan (ED/VA)<br>MED: May 4, 2011 |

DATE OF SENTENCE: June 9, 1995

DATE: April 20, 2007

ATTACHMENTS:  PSI X   JUDGMENT X   PREVIOUS REPORTS
VIOLATION PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

___

**TRANSFER OF JURISDICTION/ ASSIGNMENT OF DISTRICT JUDGE**

Reference is made to the above-captioned individual who was sentenced in the Eastern District of Virginia (ED/VA) on June 9, 1995, by the Honorable John A. MacKenzie U.S. District Judge/EDVA, following his guilty plea to Possess with Intent to Distribute Cocaine Base, Sch. II 21 USC 841 (a)(1) and Using and Carrying a Firearm During and in Relation to a Drug Trafficking Offense 18 USC 924 (c)(1). Outlaw was sentenced to one hundred and fifty-seven (157) months imprisonment followed by sixty (60) months supervised release.

As per the request of the U.S. Probation Department of the EDVA, the Honorable Raymond A. Jackson USDJ/EDVA agreed to a transfer of jurisdiction to the Southern District of New York (SDNY) and has signed a Probation Form 22 (attached) ordering such. At this time, we are requesting that the case be assigned to a Judge in SDNY for acceptance of **TRANSFER OF JURISDICTION.**

**OUTLAW, Daniel L.**                                                                                       P46462/SINGH

-2-

Should you have any question, please do not hesitate to contact the undesigned at (212)805-0063.

                                                 Very truly yours,

                                                 Chris J. Stanton
                                                 Chief U.S. Probation Officer

                                                 Daveena Singh
                                                 U.S. Probation Officer